UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KK, LLC and W. R. KELSO CO., INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:02-cv-1992-TAB-RLY |
| | ) | |
| UNITED STATES AVIATION UNDERWRITERS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF JUDGMENT**

The Court, having granted summary judgment in favor of United States Aviation Underwriters, Inc. as to all claims brought by Plaintiffs KK, LLC and W.R. Kelso Co., Inc., hereby enters judgment in favor of United States Aviation Underwriters, Inc. and against KK, LLC and W.R. Kelso Co., Inc.  This action is dismissed with prejudice.  Costs are awarded to the Defendant.

So ordered.  DATED: 05/06/2005

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Patrick C. Badell
BADELL & WILSON
bwlaw@bwlawoffice.com

Bruce M. Lichtcsien
COZEN O'CONNOR
blichtcsien@cozen.com

Matthew T. Walsh
COZEN O'CONNOR
mwalsh@cozen.com

Ronald L. Wilson
BADELL & WILSON
bwlaw@bwlawoffice.com